FILED - USDC - FLMD - ORL
NOV 12 2026 PM3:43

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YULIYA GLAZMAN,

*Plaintiff,*

v.

CITIBANK, N.A.,

*Defendant.*

Case No.: 6:26-cv-02555-PGB-CAB

______________________________/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

☒ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

A. **Pending arbitration: Yuliya Glazman v. Citigroup, Inc. and Citibank, N.A., American Arbitration Association, Case No. 01-26-0004-8882. Pending.** This arbitration holds the claims of the first action listed in item B.

B. Glazman v. Citigroup, Inc., No. 8:26-cv-01522-TPB-AEP (M.D. Fla., Tampa Division), filed March 16, 2026 in the Orlando Division as No. 6:26-cv-00555 and transferred May 18, 2026. Stayed pending arbitration and administratively closed.

C. Glazman v. Citigroup, Inc. and Citibank, N.A., No. 8:26-cv-02265-TPB-SPF (M.D. Fla., Tampa Division), filed August 5, 2026. Arbitration compelled, stayed and closed September 23, 2026; voluntarily dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) on October 30, 2026.

☐ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: November 12, 2026

Respectfully submitted,

Yuliya Glazman
Plaintiff, *pro se*
2110 Thousand Trails Blvd
Clermont, FL 34714
(407) 794-6503
yglazman@protonmail.com